1  Pedro Bernal Bilse, Esq.
   California Bar No.: 284444
2  BERNAL LAW, APLC
   750 B Street, Suite 1710
3  San Diego, CA 92101
   Phone: 619-736-9092
4  Fax:    619-793-1020
   Email: pb@bernal-law.com
5
   Attorney for Defendant
6  DANIEL RIKKELS

7
                    **UNITED STATES DISTRICT COURT**
8
                   **SOUTHERN DISTRICT OF CALIFORNIA**
9
   UNITED STATES OF AMERICA,       )  Case No.: 25-CR-04276-H-1
10                                 )
               Plaintiff,          )  **NOTICE OF APPEARANCE**
11                                 )
        v.                         )
12                                 )
   DANIEL RIKKELS,                 )
13                                 )
                                   )
14             Defendant.          )
                                   )
15

16      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      The undersigned attorney, Pedro Bernal Bilse, hereby enters a general appearance on behalf

18 of Defendant DANIEL RIKKELS.

19

20 DATED:      November 18, 2025       Respectfully submitted,

21                                     BERNAL LAW, APLC

22                                     / s / Pedro Bernal Bilse
                                       _____
23                                     Pedro Bernal Bilse, Esq.
                                       Attorney for DANIEL RIKKELS
24

25

26

27

28

                                      - 1 -

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing NOTICE OF APPEARANCE has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph F. Smith – Assistant United States Attorney

Daniel F. Casillas – Assistant United States Attorney

Respectfully submitted,

DATED: November 18, 2025        / s / *Pedro Bernal Bilse*

  Pedro Bernal Bilse
  Attorney for DANIEL RIKKELS