AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

~~SEALED~~

ORDERED UNSEALED on 11/14/2025   s/ melindajw

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA

V.

Daniel Rikkels (1)

WARRANT FOR ARREST

Case Number: 25cr4276-H-1

~~NOT FOR PUBLIC VIEW~~

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Daniel Rikkels (1)
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Pretrial Violation

DATE: 11/13/2025
ARRESTED BY: FBI

charging him or her with (brief description of offense):
18:1349 - Conspiracy to Commit Wire Fraud
18:1343 - Wire Fraud
18:201(b)(2)(A),(B) – Bribery of a Public Official
18:208(a), 216(a)(2) – Willfully Engage in Acts Affecting a Personal Financial Interest
18:1956 (a)(1)(B) - Laundering of Monetary Instruments
18:1957 - Money Laundering
18:981(a)(1), 982(a)(1), 982(b), 28:2461(c) - Criminal Forfeiture

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: D. Price

2025 NOV -5 AM 10: 38
RECEIVED U.S. MARSHALS-S/CA

In violation of Title   See Above   United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ G. Vocal | 11/05/2025, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____   by   The Honorable Barbara L. Major
                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

QC: SJT