# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-cr-04276-H |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Daniel Rikkels | Booking No. 33512506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  11/26/2025 the Court entered the following order:

☒ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☒ Defendant released on  $750,000 Trust Deed  Bond posted.

☐ Defendant appeared in Court.  FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☐ Other.

BRIAN J. WHITE

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by  D. Sutton  x. 5973

Crim-9 (Rev. 09/23)
Original